IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN H. ROBB, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>EDUCATION MANAGEMENT CORPORATION, EDWARD H. WEST, RANDALL J. KILLEEN, and MICK J. BEEKHUIZEN,<br><br>　　　　　　　　　Defendants. | Case No. 2:14-CV-01287-DSC<br><br>ELECTRONICALLY FILED |

**MOTION FOR ADMISSION *PRO HAC VICE* OF GEORGE T. CONWAY III**

George T. Conway III, undersigned counsel for Defendants, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants pursuant to LCvR 83.2 and LCvR 83.3 and this court's Standing Order Regarding *Pro Hac Vice* Admission dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of Admission *Pro Hac Vice* of George T. Conway III filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

- 2 -

Dated:  November 10, 2014     Respectfully submitted,

                                                        _____

George T. Conway III
New York Attorney Registration No. 2266880

**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for Defendant*