UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN H. ROBB, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATION MANAGEMENT CORPORATION, EDWARD H. WEST, RANDALL J. KILLEEN, and MICK J. BEEKHUIZEN,<br><br>Defendants. | Case No.: 2:14-cv-01287-DSC<br><br><br><br><br><br><br><br><br><br><br><br><br><br><u>**Electronically Filed**</u> |

## MOTION FOR ADMISSION
### *PRO HAC VICE* OF ATTORNEY JEREMY A. LIEBERMAN, ESQUIRE

Alfred G. Yates, Jr., Esquire, undersigned counsel for Plaintiffs Brian H. Robb, hereby moves that Jeremy A. Lieberman, Esquire be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Brian H. Robb in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Jeremy A. Lieberman, Esquire filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: November 21, 2014                    Respectfully submitted,

                                            **LAW OFFICE OF ALFRED G. YATES JR., PC**

                                            By:   <u>s/ Alfred G. Yates, Jr.</u>
                                                      Alfred G. Yates, Jr. (PA 17419)
                                                      Gerald L. Rutledge (PA 62027)
                                                      519 Allegheny Building

- 2 -

429 Forbes Avenue
Pittsburgh, Pennsylvania 15219
Telephone: (412) 391-5164
Facsimile: (412) 391-5164
e-mail: yateslaw@aol.com

***Counsel for Plaintiff Brian H. Robb***

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN H. ROBB, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATION MANAGEMENT CORPORATION, EDWARD H. WEST, RANDALL J. KILLEEN, and MICK J. BEEKHUIZEN,<br><br>Defendants. | Case No.: 2:14-cv-01287-DSC<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Electronically Filed** |

## DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jeremy A. Lieberman, make this declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Brian H. Robb, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Jeremy A. Lieberman, Esquire being duly sworn, do hereby depose and say as follows:

1. I am an associate practicing with the law firm of Pomerantz LLP, email: jalieberman@pomlaw.com.

2. My business address is 600 Third Avenue, 20th Floor, New York, NY 10016.

3. I am a member in good standing of the bar(s) of the State(s) of New York, and admitted to practice in the United States District Court(s) for the Eastern and Southern Districts.

- 1 -

- 2 -

4. My [STATE] bar identification number is: 4161352.

5. A current certificate of good standing from the Second Judicial Department is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: November 21, 2014

**POMERANTZ LLP**

By: _____
Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
(212 661-8665 (fax)
jalieberman@pomlaw.com