IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

BRIAN H. ROBB, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

EDUCATION MANAGEMENT CORPORATION, EDWARD H. WEST, RANDALL J. KILLEEN, and MICK J. BEEKHUIZEN,

    Defendants.

Case No. 2:14-CV-01287-DSC

ELECTRONICALLY FILED

---

**MOTION FOR ADMISSION *PRO HAC VICE* OF BRADLEY R. WILSON**

Bradley R. Wilson, undersigned counsel for Defendants, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants pursuant to LCvR 83.2 and LCvR 83.3 and this court's Standing Order Regarding *Pro Hac Vice* Admission dated May 32, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of Admission *Pro Hac Vice* of Bradley R. Wilson filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

- 2 -

Dated: February 18, 2015                    Respectfully submitted,

                                            */s/ Bradley R. Wilson*
                                            Bradley R. Wilson
                                            New York Bar ID No. 4338505

                                            **WACHTELL, LIPTON, ROSEN & KATZ**
                                            51 West 52nd Street
                                            New York, New York 10019
                                            Telephone: (212) 403-1000
                                            Facsimile: (212) 403-2000

                                            *Attorneys for Defendant*