IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BRIAN H. ROBB, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> EDUCATION MANAGEMENT CORPORATION, EDWARD H. WEST, RANDALL J. KILLEEN, and MICK J. BEEKHUIZEN, <br><br> Defendants. | Case No. 2:14-CV-01287-DSC <br><br> ELECTRONICALLY FILED |

**MOTION FOR ADMISSION *PRO HAC VICE* OF A.J. MARTINEZ**

A.J. Martinez hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admission dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of Admission *Pro Hac Vice* of A.J. Martinez filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

- 2 -

Dated:  April 28, 2015

Respectfully submitted,

*A.J. Martinez*

A.J. Martinez
New York Bar ID No. 4684239

**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

*Attorneys for Defendant*

- 2 -