# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN H. ROBB, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATION MANAGEMENT CORPORATION, EDWARD H. WEST, RANDALL J. KILLEEN, and MICK J. BEEKHUIZEN,<br><br>Defendants. | Case No.: 2:14-cv-01287-DSC |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AND IN SUPPORT OF CERTIFICATION OF SETTLEMENT CLASS, PLAN OF ALLOCATION, AND AWARD OF ATTORNEYS' FEES AND EXPENSES**

Lead Plaintiff Maurice Shihadi hereby moves this Court for an Order that, *inter alia*, (i) grants final approval to the proposed Settlement; (ii) certifies the Class for settlement purposes only; (iii) approves the Plan of Allocation; (iv) grants Lead Plaintiff's request for an award of attorneys' fees and reimbursement of expenses and for a compensatory award to Lead Plaintiff. In support of this Motion, Lead Plaintiff submits herewith a Memorandum of Law, the Declaration of Michele S. Carino, the Declaration of Pomerantz LLP, the Declaration of Alfred G. Yates, Jr., and all the exhibits annexed thereto, respectively.[1]

Dated: January 20, 2016

**POMERANTZ LLP**

*/s/Michele S. Carino*
Marc I. Gross (*pro hac vice*)
Michele S. Carino (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
migross@pomlaw.com
mcarino@pomlaw.com
*Lead Counsel for Plaintiff*
*Maurice M. Shihadi and the Class*

LAW OFFICE OF ALFRED G. YATES, JR.
Alfred G. Yates, Jr. (PA 17419)
Gerald L. Rutledge (PA 62027)
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
yateslaw@aol.com
*Liaison Counsel for Plaintiff*
*Maurice M. Shihadi and the Class*

---

[1] All capitalized terms, unless otherwise defined herein, shall have the meaning set forth in the Stipulation, dated September 16, 2015, which was previously filed with the Court.  (Dkt. No. 44).

1