## EXHIBIT A

***Robb v. Education Management Corporation, et al.***
**Case No.: 2:14-cv-01287-DSC**

**PERSONS EXCLUDED FROM THE CLASS**

STEVEN K YOHO

JAMES J PONTARELLI

GREG HASTEROK

SUSAN FRANCES